FOLGER LEVIN & KAHN LLP
Lisa M. van Krieken (SB# 121808, lvankrieken@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendant Hyatt Corporation
d/b/a Hyatt Regency Sacramento

Robert C. Bowman, Jr. (SB# 232388, robert@rbowmanlaw.com)
LAW OFFICES OF ROBERT C. BOWMAN, JR.
*A Professional Law Corporation*
2151 River Plaza Drive, Suite 195
Sacramento, CA 95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorney for Plaintiff Oreste Yong

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORESTE YONG,<br><br>             Plaintiff,<br><br>    v.<br><br>HYATT REGENCY SACRAMENTO; HYATT HOTELS CORPORATION AND DOES 1 THROUGH 50, inclusive,<br><br>             Defendants. | CASE NO. 2:06-cv-02257-DFL-EFB<br><br>Complaint Filed:   August 31, 2006<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** |

      IT IS HEREBY STIPULATED AND AGREED by and between defendant Hyatt Corporation dba Hyatt Regency Sacramento ("Defendant"), and plaintiff Oreste Yong ("Plaintiff" through their counsel of record, that the above-captioned action be and hereby is dismissed with prejudice as to all claims by Plaintiff against Defendant and all named defendants, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party will bear their own costs and fees in connection with the action.

1  The parties request that the Court enter an order consistent with this Stipulation.

2  Respectfully Submitted,

3  Dated: March 28, 2007                    FOLGER LEVIN & KAHN LLP

4                                            /s/ Lisa M. van Krieken

5                                       Lisa McCabe van Krieken
                                        Attorneys for Defendant Hyatt Corporation
6                                       d/b/a Hyatt Regency Sacramento

7  Dated: March 28, 2007                    LAW OFFICES OF ROBERT C. BOWMAN, JR.
8
                                            /s/ Robert C. Bowman, Jr.
9                                           (as authorized on March 23, 2007)

10                                          Robert C. Bowman, Jr.
                                            Attorney for Plaintiff Oreste Yong
11

12  **ORDER OF DISMISSAL**

13  **PURSUANT TO STIPULATION, IT IS ORDERED THAT THIS MATTER IS**

14  **DISMISSED AS TO ALL PARTIES WITH PREJUDICE.**

15

16  Dated:  March 28, 2007                  /s/ David F. Levi
                                            The Honorable David F. Levi
17                                          UNITED STATES DISTRICT JUDGE

22  47968\5013\540271.1